**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES E. BUTLER,
ADC #145762                                                                                              PLAINTIFF

v.                                            5:12-cv-00295-JLH-JTK

CONNIE HUBBARD, et al.                                                                        DEFENDANTS

**ORDER**

By Order dated August 15, 2012 (Doc. No. 3), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. Id. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Id. Plaintiff has now submitted an Amended Complaint (Doc. No. 48). Having reviewed the Amended Complaint, it now appears to the Court that service is appropriate for Defendants Hubbard, Anderson, Murray, and Corizon.  Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Hubbard, Anderson, Murray, and Corizon. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 4) and summons on these Defendants in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of September, 2012.

                                                      _____
                                                      JEROME T. KEARNEY
                                                      UNITED STATES MAGISTRATE JUDGE