# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES E. BUTLER,                                                                                   PLAINTIFF
ADC #145762

v.                                       No. 5:12CV00295 JLH-JTK

CONNIE HUBBARD, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendants Carswell and Massey are dismissed from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 27th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE