**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES E. BUTLER,
ADC #145762                                                                                                       PLAINTIFF

v.                                            5:12-cv-00295-JLH-JTK

CONNIE HUBBARD, et al.                                                                                DEFENDANTS

**ORDER**

By Order dated September 7, 2012, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 6). Summons was returned, unexecuted, with respect to Defendant Anderson on October 9, 2012 (Doc. No. 11). Included with the return and filed under seal is a memo containing Defendant Anderson's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Dr. Roland Anderson, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 4) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 11th day of October, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1