IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES E. BUTLER,
ADC #145762                                                                                              PLAINTIFF

v.                                         5:12CV00295-JLH-JTK

CONNIE HUBBARD, et al.                                                                          DEFENDANTS

**ORDER**

By Order dated June 27, 2013, this Court provided Plaintiff with one final opportunity in which to provide an address and/or obtain service on Defendant Anderson, pursuant to Fed.R.Civ.P. 4(m) (Doc. No. 24).  Plaintiff has responded by asking the Court to serve Defendant in care of Corizon, Inc., Defendant's employer (Doc. No. 25).  The Court will direct the issuance of summons and service of Plaintiff's Amended Complaint on Defendant at the address provided.  However, if summons is returned, unexecuted, and Plaintiff provides no additional address within thirty days of the date of this Order, Defendant Anderson will be dismissed without prejudice, for failure to serve.  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Dr. Roland Anderson, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 4) on Defendant in care of Corizon, Inc., 12647 Olive Blvd., P.O. Box 419052, St. Louis, MO 64141-9052, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of July, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE