# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES E. BUTLER,                                                                                             PLAINTIFF
ADC #145762

v.                                          No. 5:12CV00295 JLH-JTK

CORIZON, INC., et al.                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Anderson's motion to quash is GRANTED, and that defendant Anderson is DISMISSED without prejudice from this action. Document #32.

IT IS SO ORDERED this 7th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE