### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES E. BUTLER,                                                                                          PLAINTIFF
ADC #145762

v.                                      No. 5:12CV00295-JLH-JTK

CORIZON, INC., et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by defendants Corizon, Hubbard, and Murray is GRANTED, and that plaintiff's claims against them are DISMISSED with prejudice. Document #27.

IT IS SO ORDERED this 15th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE